IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CLAUDIA SUE MCKAY,**                           6:12-CV-01926-AC

        **Plaintiff,**                    ORDER

v.

**CAROLYN W. COLVIN, Acting**
**Commissioner, Social Security**
**Administration,**[1]

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#24) on June 4, 2014, in which he recommends the

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this case.  No further action need be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405. Procedure 72(b).

1 - ORDER

Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#24). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 10th day of July, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER